IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00802-BNB

KEITH D. COURVILLE,

Applicant,

v.

WARDEN MICHAEL HEREDIG, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

ORDER TO FILE PRELIMINARY RESPONSE

---

Applicant, Keith D. Courville, is an inmate at a prison in New Mexico. Mr. Courville has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 challenging the execution of a Colorado state sentence. According to Mr. Courville, he has completed both his Colorado sentence and a Florida state sentence, but Colorado prison officials have not sent him back to Florida where he alleges he will be given his property and released from custody. Mr. Courville does not explain in the application why he is incarcerated in New Mexico. Because Mr. Courville is challenging the execution of a Colorado state sentence, the Court will add the Attorney General of the State of Colorado as a Respondent in this action.

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed on April 27, 2010, in this case and pursuant to *Keck v. Hartley*, 550 F. Supp. 2d 1272 (D. Colo. 2008), the Court has determined that a limited Preliminary Response is appropriate. The Attorney General of the State

of Colorado is directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Preliminary Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies. If the Attorney General of the State of Colorado does not intend to raise either of these affirmative defenses, he must notify the Court of that decision in the Preliminary Response. The Attorney General of the State of Colorado may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order. If, however, the Attorney General of the State of Colorado does not believe that he is a proper Respondent in this action, he should advise the Court who an appropriate Respondent is for Mr. Courville's claims challenging the execution of his Colorado state sentence.

In support of the Preliminary Response, the Attorney General of the State of Colorado should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Mr. Courville has exhausted state court remedies.

Mr. Courville may reply to the Preliminary Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Mr. Courville also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2241 action in this Court. Accordingly, it is

ORDERED that the clerk of the court add the Attorney General of the State of

Colorado is added as a Respondent in this action. It is

FURTHER ORDERED that **within twenty-one (21) days from the date of this Order** the Attorney General of the State of Colorado shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the Preliminary Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if the Attorney General of the State of Colorado does not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, he must notify the Court of that decision in the Preliminary Response.

DATED May 5, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00802-BNB

Keith D. Courville
Prisoner No. 71380
SNMCF
P.O. Box 639
Las Cruves, NM 88004

Michael Heredig, Warden,  - **CERTIFIED**
Southern New Mexico Corr. Facility
1983 Joe R. Silva Boulevard
Las Cruces, NM 88004-0639

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Michael Heredig; and to John Suthers: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 4/27/10 on 5/5/10.

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk