IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00802-ZLW

KEITH D. COURVILLE,

    Applicant,

v.

WARDEN MICHAEL HEREDIG, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Applicant's "Motion to Accept Answer Brief as Timely Filed" filed on June 28, 2010, is DENIED as moot because this action was dismissed by order filed on June 22, 2010.

Dated: June 30, 2010